18153.  BROWN *v.* THE STATE.

LUKE, J.  1. Brown was convicted in the city court of Dublin of operating an automobile on the public highway leading from Rockledge to Dublin, while under the influence of intoxicating liquor. The evidence showed that he "was driving that Ford truck on the public highway that leads from . . [Dublin] to Rockledge;" that "it is a public highway and leads across the river and on toward Rockledge, Ga.; it is a part of the highway system of this State;" and that while so driving he "was drunk." See *Long* v. *State*, 32 *Ga. App.* 451 (124 S. E. 110). The evidence amply authorized the verdict.

---

Criminal Law, 17 C. J. p. 88, n. 46.
Motor Vehicles, 42 C. J. p. 1336, n. 76.

2. Such grounds of the motion for a new trial as are approved by the trial judge are without merit; and, under the note of the trial judge approving the grounds of the amendment to the motion, the other grounds will not require a reversal. "Grounds of a motion for a new trial must have the unqualified approval of the trial judge." *Goolsby* v. *State,* 35 *Ga. App.* 167 (2-*a*) (132 S. E. 245); *Hammond* v. *State,* 34 *Ga. App.* 234 (128 S. E. 918).

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 14, 1927.

Operating automobile while intoxicated; from city court of Dublin—Judge Bidgood.   March 26, 1927.

*W. A. Dampier,* for plaintiff in error.

*J. A. Merritt, solicitor,* contra.